# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02117-BNB

EMMANUEL SANAAH,

    Plaintiff,

v.

WARDEN ARRELLANO (A.V.C.F.),
MAINTENANCE MAJOR, and
MAINTENANCE CAPTAIN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2008

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's motion for extension of time, filed on November 12, 2008, is GRANTED only to the extent that Plaintiff seeks additional time in which to file an amended complaint that complies with the October 29, 2008, order for an amended complaint. Plaintiff shall have **thirty (30) days from the date of this order** in which to file an amended complaint as directed. Plaintiff's request to "direct bill his inmate account," motion at 1, is DENIED. Plaintiff was informed in the October 27, 2008, order granting him leave to proceed without payment of an initial partial filing fee of the proper procedure for making monthly filing fee payments or for showing cause each month why he has no assets and no means by which to make the monthly filing fee payments.

Dated: November 14, 2008

Copies of this Minute Order mailed on November 14, 2008, to the following:

Emmanuel Sanaah
Reg No. 137642
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

                                            Secretary/Deputy Clerk