IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02117-REB-KLM

EMMANUEL SANAAH,

    Plaintiff,

v.

NURSE DEBB HOWELL,
WARDEN ARELLANO,
MAJOR SCOTT GROVER, Life Safety Coordinator and Maintenance Supervisor,
MAINTENANCE WORKER LT. BOSLEY, and
ARISTEDES ZAVARAS, all in their official and individual capacities,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendants' Motion to Stay Dispositive Motions Deadline** [Docket No. 79; Filed October 7, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The dispositive motions deadline is stayed until the District Judge's resolution of the Recommendation to dismiss Plaintiff's case [Docket No. 75].  Upon resolution of the Recommendation, if appropriate, the dispositive motions deadline shall be **thirty (30) days** from the date of the District Judge's order.

Dated:  October 8, 2009