**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02117-REB-KLM

EMMANUEL SANAAH,

    Plaintiff,

v.

NURSE DEBB HOWELL,
WARDEN ARELLANO,
MAJOR SCOTT GROVER, Life Safety Cordinator [*sic*] and Maintenance Supervisor, and
MAINTENANCE WORKER LT. BOSLEY,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matters before me is the **Recommendation of United States Magistrate Judge** [#72] filed August 27, 2009.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Recommendation of United States Magistrate Judge** [#72] filed

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

August 27, 2009, is **APPROVED AND ADOPTED** as an order of this court;

    2.  That plaintiff's **Motion for Emergency Injunction/Restraining Order** [#57] filed July 14, 2009, is **DENIED**; and

    3.  That plaintiff's **Second Request for Emergency Injunction/Restraining Order** [#59] filed July 14, 2009, is **DENIED**.

    Dated November 23, 2009, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge